Gary COX, individually and on behalf of others similarly situated; Appellant,

v.

AA CHECK CASHIERS, INC.; ABC Check Cashing; A to Z Check Cashers, Inc.; Milam, Inc.; Cash Your Check, Inc.; Check Cashing Store, Inc.; Check–In–Tote, Inc.; Check Depot, Inc.; Main Finance Company; Advance America Cash Advance Centers of Arkansas, Inc.; ACC Finance Company of Arkansas, Inc.; Okar Cash Express, Inc., doing business as ACE America's Cash Express; Westark Financial Consultants, Inc., do-

---

1. The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.

ing business as American Check Cashers; H & R Pawn Plus, Roger C. Limore; Cathy S. Limore; Michael Falleur; Kenneth E. Feltner; Stephen Bone; Christopher Chad Milam; Greg Milam; Martha Milam; Tony Milam; Jeffrey A. Ashford; Larry A. Cotten; Jim Jay; Charlotte Jay; F.B. Lowe; Judith K. Ashford; Gene H. Heinrich; Larry A. Plank; W. Cosby Hodges, Jr.; Dwayne Hartman, Appellees.

No. 00–4010.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 14, 2001.

Filed Sept. 25, 2001.

Before McMILLIAN, BEAM, and HANSEN, Circuit Judges.

PER CURIAM.

Gary Cox appeals the district court's[1] decision granting summary judgment and dismissing his lawsuit. Cox also appeals the district court's denial of class certification and the denial of his motion to reconsider an order compelling arbitration. We have carefully reviewed appellants' submissions on appeal and find them to be without merit. We therefore affirm the district court without further discussion. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.